AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF ALABAMA _____

NATHANIEL RIVERS

V.

ARVINMERITOR SEJONG, LLC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-CV-104-MHT

TO: (Name and address of defendant)
Arvinmeritor Sejong LLC
The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
K. Anderson Nelms
The Law Offices of Jay Lewis
847 South McDonough Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 2/8/07