IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL RIVERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| ARVINMERITOR SEJONG, LLC, | ) 2:07-cv-104-MHT ) ) |
| Defendant. | ) ) ) ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The entities identified on the following attachment are hereby reported under the provisions of the Order No. 3047.

s/ Veronica L. Merritt
Beverly P. Baker (ASB-3493-E58B)
Veronica L. Merritt (ASB-7830-N75M)
Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North

Birmingham, AL 35203-2118
Ph: 205-328-1900
Fax: 205-328-6000
E-mail: beverly.baker@odnss.com
E-mail: veronica.merritt@odnss.com

Attorneys for Defendant,
ArvinMeritor Sejong, LLC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733
(334) 832-4390
j-lewis@jawlewislaw.com


s/ Veronica L. Merritt

4691390.1

*Exhibit 21*

## ARVINMERITOR, INC.
## SUBSIDIARIES

The following lists the subsidiaries, direct and indirect, of ArvinMeritor, Inc., and their state or other jurisdiction of incorporation or organization, along with ownership percentage (directly or indirectly) as of September 30, 2006.

| Name | Jurisdiction | Ownership % |
|---|---|---|
| AVM, Inc. | South Carolina | 100% |
| Ansa Marmitte s.r.l. | Italy | 100% |
| Arvin RCI, B.V. | Netherlands | 100% |
| Arvin Canada Holding Limited | Canada | 100% |
| Arvin Cayman Islands, Ltd. | Cayman Islands | 100% |
| Arvin Convertidores Cataliticos S.A. de C.V. | Mexico | 100% |
| Arvin de Mexico S.A. de C.V. | Mexico | 100% |
| Arvin European Holdings (UK) Limited | England & Wales | 100% |
| Arvin European Holdings (UK) Limited French Branch | France | 100% |
| Arvin Exhaust de Venezuela | Venezuela | 100% |
| Arvin Exhaust India Private Ltd. | India | 74.00% |
| Arvin Exhaust of Canada Ltd. | Canada | 100% |
| Arvin Exhaust, s.r.o. | Czech Republic | 66.00% |
| Arvin France SAS | France | 100% |
| Arvin Industries Foreign Sales Corporation | U.S. Virgin Islands | 100% |
| Arvin International Holdings, LLC | Delaware | 100% |
| Arvin International Holland B.V. | Netherlands | 100% |
| Arvin International (UK) Limited | England & Wales | 100% |
| Arvin Motion Control Limited | England | 100% |
| ArvinMeritor, Inc. | Nevada | 100% |
| ArvinMeritor A&ET | France | 100% |
| ArvinMeritor A&ET GmbH | Germany | 100% |
| ArvinMeritor A&ET Limited | England & Wales | 100% |
| ArvinMeritor A&ET Limited – Turkish Branch | Turkey | 100% |
| ArvinMeritor A & ET SA (Proprietary) Limited | South Africa | 100% |
| ArvinMeritor B.V. | Netherlands | 100% |
| ArvinMeritor CV Aftermarket B.V. | Netherlands | 100% |
| ArvinMeritor CV Aftermarket, S.A. | Spain | 100% |

| Name | Jurisdiction | Ownership % |
|---|---|---|
| ArvinMeritor CV Aftermarket SAS | France | 100% |
| ArvinMeritor CV Aftermarket S.r.l. | Italy | 100% |
| ArvinMeritor CV Aftermarket Limited | England | 100% |
| ArvinMeritor CVS Axles France SAS | France | 51% |
| ArvinMeritor CVS Services SAS | France | 100% |
| ArvinMeritor CVS (Shanghai) Ltd. | China | 100% |
| ArvinMeritor ET B.V. | Netherlands | 100% |
| ArvinMeritor FAW Sihaun (Changchun) Vehicle Brake Co. Ltd. | China | 60.00% |
| ArvinMeritor GmbH | Germany | 100% |
| ArvinMeritor LVS-Brussels | Belgium | 100% |
| ArvinMeritor LVS S.A. de C.V. | Mexico | 100% |
| ArvinMeritor LVS Espana, S.A. | Spain | 100% |
| ArvinMeritor LVS Gifhorn | Germany | 100% |
| ArvinMeritor LVS Liberec A.S. | Czech Republic | 100% |
| ArvinMeritor LVS spol. s r.o. | Slovak Republic | 100% |
| ArvinMeritor LVS Žilina s r.o. | Slovak Republic | 100% |
| ArvinMeritor OE, LLC | Delaware | 100% |
| ArvinMeritor OE, LLC – UK Establishment | England & Wales | 100% |
| ArvinMeritor OE, LLC – Czech Branch | Czech Republic | 100% |
| ArvinMeritor OE, LLC – Spanish Branch | Spain | 100% |
| ArvinMeritor Argentina S.A. | Argentina | 100% |
| ArvinMeritor Assembly, LLC | Delaware | 100% |
| ArvinMeritor Brake Holdings, Inc. | Delaware | 100% |
| ArvinMeritor Canada | Canada | 100% |
| ArvinMeritor Canada Holdings Inc. | Canada | 100% |
| ArvinMeritor Commercial Vehicle Aftermarket AG | Switzerland | 100% |
| ArvinMeritor Commercial Vehicle Systems de Mexico, S.A. de C.V. | Mexico | 100% |
| ArvinMeritor do Brasil Sistemas Automotives Ltda. | Brazil | 100% |
| ArvinMeritor Emissions Technologies GmbH | Germany | 100% |
| ArvinMeritor Emissions Technologies Kft. | Hungary | 100% |
| ArvinMeritor Emissions Technologies, S.A. | Spain | 100% |
| ArvinMeritor Emissions Technologies SA (Proprietary) Limited | South Africa | 100% |
| ArvinMeritor Emissions Technologies Spartanburg, Inc. | South Carolina | 100% |
| ArvinMeritor Filters Holding Co., LLC | Delaware | 100% |
| ArvinMeritor Filters Operating Co., LLC | Delaware | 100% |
| ArvinMeritor Finance (Barbados) Inc. | Barbados | 100% |

| Name | Jurisdiction | Ownership % |
|---|---|---|
| ArvinMeritor Finance Canada ULC | Canada | 100% |
| ArvinMeritor Finance France SNC | France | 100% |
| ArvinMeritor Finance Ireland | Ireland | 100% |
| ArvinMeritor Finance Nova Scotia Corp. | Canada | 100% |
| ArvinMeritor Holdings, LLC | Delaware | 100% |
| ArvinMeritor Holdings (Barbados) Limited | Barbados | 100% |
| ArvinMeritor Holdings France SAS | France | 100% |
| ArvinMeritor Holdings France SNC | France | 100% |
| ArvinMeritor Holdings SNC | France | 100% |
| ArvinMeritor Holdings Mexico, Inc. | Delaware | 100% |
| ArvinMeritor International Holdings, LLC | Delaware | 100% |
| ArvinMeritor Investment (Luxembourg) Limited | England | 100% |
| ArvinMeritor Investment (Luxembourg) Limited – Dublin Branch | Ireland | 100% |
| ArvinMeritor Investment Netherlands B.V. | Netherlands | 100% |
| ArvinMeritor Japan K.K. | Japan | 100% |
| ArvinMeritor Light Vehicle Systems Parts (Shanghai) Co. Ltd. | China | 100% |
| ArvinMeritor Light Vehicle Systems Australia (Pty.) Ltd. | Australia | 100% |
| ArvinMeritor Light Vehicle Systems (Chongqing) Co. Ltd. | China | 100% |
| ArvinMeritor Light Vehicle Systems Sp.z o.o. | Poland | 100% |
| ArvinMeritor Light Vehicle Systems (Yantai) Co. Ltd. | Peoples Republic of China | 100% |
| ArvinMeritor Light Vehicle Systems (UK) Limited | England | 100% |
| ArvinMeritor Light Vehicle Systems – France | France | 100% |
| ArvinMeritor Light Vehicle Systems Korea Limited | Republic of Korea | 100% |
| ArvinMeritor Light Vehicle Systems (Shanghai) Co., Ltd. | China | 100% |
| ArvinMeritor Limited | England | 100% |
| ArvinMeritor Mexicana, S.A. de C.V. | Mexico | 100% |
| ArvinMeritor Old TTL Limited | England & Wales | 100% |
| ArvinMeritor Pension Trustees Limited | England & Wales | 100% |
| ArvinMeritor Receivables Corporation | Delaware | 100% |
| ArvinMeritor Suspension Holdings, Inc. | Delaware | 100% |
| ArvinMeritor Suspension Systems S.r.l. | Italy | 100% |
| ArvinMeritor Sweden AB | Sweden | 100% |
| ArvinMeritor Technology, LLC | Delaware | 100% |
| ArvinMeritor (Thailand) Co., Ltd. | Thailand | 99.94% |
| ArvinMeritor Thailand, LLC | Delaware | 100% |

Exhibit 21
Subsidiaries
Page 4

| Name | Jurisdiction | Ownership % |
| --- | --- | --- |
| Arvin Replacement Products SAS | France | 100% |
| Arvin Replacement Products S.r.L. | Italy | 100% |
| Arvin Replacement Products Finance, LLC | Delaware | 100% |
| Arvin Replacement Products Limited | England & Wales | 100% |
| Arvin Ride Control Products, Inc. | Canada | 100% |
| Arvin Technologies, Inc. | Michigan | 100% |
| Arvinyl West, Inc. | California | 100% |
| Belgium Branch of Meritor LVS France | Belgium | 100% |
| Carvica, C.A. | Venezuela | 100% |
| Carvicay Ltd. | Cayman Islands | 100% |
| Carvierca C.A. | Venezuela | 100% |
| Euclid Industries, LLC | Delaware | 100% |
| Euclid Industries Canada Ltd. | Canada | 100% |
| Financiere Rosi SAS | France | 100% |
| Fonderie Vénissieux SAS | France | 51.00% |
| Gabricay Ltd. | Cayman Islands | 100% |
| Gabriel de Venezuela, C.A. | Venezuela | 50.90% |
| Gabriel Europe | France | 100% |
| Gabriel Europe, Inc. | Delaware | 100% |
| Gabriel International, Inc. | Panama | 100% |
| Gabriel Ride Control Products, Inc. | Delaware | 100% |
| Gabriel SA (Pty) Ltd. | South Africa | 100% |
| INDI, S.A. de C.V. | Mexico | 100% |
| MSS Holdings, Limited | Canada | 100% |
| Maremont Corporation | Delaware | 100% |
| Maremont Exhaust Products, Inc. | Delaware | 100% |
| Meritor I Acquisition Corporation | Delaware | 100% |
| Meritor HVS AB | Sweden | 100% |
| Meritor HVS (India) Ltd. | India | 51.00% |
| Meritor HVS Istanbul Irtibat Burosu | Turkish branch of Italian Company (Meritor HVS Cameri-Istanbul Liaison office) | 100% |
| Meritor LVS, S.A. de C.V. | Mexico | 100% |
| Meritor LVS Zhenjiang Co. Ltd. | Peoples Republic of China | 100% |
| Meritor LVS Zhenjiang (II) Co. Ltd. | People's Republic of China | 100% |
| Meritor Automotive FSC Limited | Barbados | 100% |
| Meritor Automotive Canada Inc. | Canada | 100% |

| Name | Jurisdiction | Ownership % |
|---|---|---|
| Meritor Automotive Export Limited | England & Wales | 100% |
| Meritor Automotive (Proprietary) Limited | South Africa | 100% |
| Meritor Cayman Islands, Ltd. | Cayman Islands | 100% |
| Meritor Finance (Barbados) Limited | Barbados | 100% |
| Meritor Finance Cayman Islands, Ltd. | Cayman Islands | 100% |
| Meritor Finance Netherlands B.V. | Netherlands | 100% |
| Meritor France SNC | France | 100% |
| Meritor Golde GmbH | Germany | 100% |
| Meritor Golde GmbH & Co. KG | Germany | 100% |
| Meritor Golde Portugal Sistemas de Estruturas e Carrocerias, Lda. | Portugal | 100% |
| Meritor Heavy Vehicle Braking Systems (UK) Limited | England & Wales | 100% |
| Meritor Heavy Vehicle Braking Systems (U.S.A.), Inc. | Delaware | 100% |
| Meritor Heavy Vehicle Systems B.V. | Netherlands | 100% |
| Meritor Heavy Vehicle Systems, LLC | Delaware | 100% |
| Meritor Heavy Vehicle Systems S.A.S. | France | 100% |
| Meritor Heavy Vehicle Systems Australia Ltd. | Australia | 100% |
| Meritor Heavy Vehicle Systems Cameri SpA | Italy | 100% |
| Meritor Heavy Vehicle Systems de Venezuela S.A. | Venezuela | 99.99% |
| Meritor Heavy Vehicle Systems España S.A. | Spain | 100% |
| Meritor Heavy Vehicle Systems Limited | England | 100% |
| Meritor Heavy Vehicle Systems (Manufacturing) Limited | England | 100% |
| Meritor Heavy Vehicle Systems (Mexico), Inc. | Delaware | 100% |
| Meritor Heavy Vehicle Systems (Singapore) Pte., Ltd. | Delaware | 100% |
| Meritor Heavy Vehicle Systems (Venezuela), Inc. | Delaware | 100% |
| Meritor Heavy Vehicle Systems Verona S.r.l. | Italy | 100% |
| Meritor Holdings Netherlands B.V. | Netherlands | 100% |
| Meritor Huayang Vehicle Braking Company, Ltd. | China | 60.00% |
| Meritor Light Vehicle Systems India Private Limited | India | 99.99% |
| Meritor Light Vehicle Systems (Spain) Inc. | Delaware | 100% |
| Meritor Luxembourg S.a.r.l. | Luxembourg | 100% |
| Meritor Management Corp. | Delaware | 100% |
| Meritor Management Corporation – Czech Permanent Establishment | Czech Republic | 100% |
| Meritor Mexicana Holdings, S.A. de C.V. | Mexico | 100% |
| Meritor Suspension Systems Company, Inc. | Delaware | 57.15% |
| Meritor Suspension Systems Company, U.S. | Delaware | 57.15% |

| Name | Jurisdiction | Ownership % |
|---|---|---|
| Meritor Suspension Systems Company (an Ontario general partnership) | Canada | 57.15% |
| Meritor Suspension Systems Company Limited | England & Wales | 100% |
| Meritor Suspension Systems Exports Limited | England & Wales | 100% |
| Meritor Suspension Systems Holdings UK Limited | England & Wales | 57.15% |
| Meritor Technology, Inc. | Delaware | 100% |
| Meritor Transmission Corporation | Delaware | 100% |
| Novaferra Eisen Abgastechnologie GmbH | Germany | 100% |
| Romax Uitlaatsysteme B.V. | Netherlands | 100% |
| SIR SAS (Societe Industrielle de Rupt SAS) | France | 100% |
| Servicios Corporativos ArvinMeritor, S.A. de C.V. | Mexico | 100% |
| Sinterizados S.A. | Venezuela | 100% |
| Super Diesel, S.A. | Mexico | 97.20% |
| Tyseley Estates Limited | England | 100% |
| Wilmot-Breeden (Holdings) Limited | England | 100% |
| Xuzhou Meritor Axles Co. Ltd. | Peoples Republic of China | 60.00% |
| Zeuna Starker Produzioni Italia SpA | Italy | 100% |
| Zeuna Stärker South Africa (Proprietary) Limited | South Africa | 100% |