IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL RIVERS,               ) <br> ) <br> Plaintiff,               ) <br> ) <br> v.                                        ) <br> ) <br> ARVINMERITOR SEJONG, LLC,  ) <br> ) <br> Defendant.               ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 2:07-cv-104-MHT |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances**. Pursuant to Rule 26(f) of the Fed. R. Civ. P., a conference was held on March 27, 2007 and was attended by:

   Andy Nelms for the Plaintiff, and

   Beverly P. Baker for the Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by **April 20, 2007,** the information required by local Rule 26.1(a)(1).

3. **Discovery Plan**.

   a. Discovery will be needed on the following subjects:

   1. All information pertaining to Plaintiff's claims and damages;

   2. The Defendant's defenses.

b.	The parties stipulate that with respect to any electronically stored documents that are identified or requested during the course of discovery, such documents, to the extent reasonably accessible or otherwise not objectionable, will be produced either as a hard copy on paper, or stored on a CD or DVD formatted as a .pdf (portable document format) file.

c.	The parties have agreed that any inadvertently produced material which any party claims as privileged or as trial preparation material, shall be promptly returned, along with any copies thereof, once a request for the same is made within a reasonable time after disclosure.  The parties request that this agreement be reflected in the Court's Scheduling Order.

d.	All discovery must be commenced in time to be completed by **October 22, 2007.**

e.	There will be a maximum of 25 interrogatories by each party to any other party.  The responses will be due 30 days after service, unless served by mail in which responses will be due 33 days after service.

f.	There will be a maximum of 25 Requests for Production of Documents, by each party to any other party.  The responses will be due 30 days after service, unless served by mail in which responses will be due 33 days after service.

g. There will be a maximum of 25 Requests for Admission by each party to any other party. The responses will be due 30 days after service, unless served by mail in which responses will be due 33 days after service.

h. The parties agree that no more than 5 depositions may be taken by a party without leave of court or agreement of the parties, with a maximum time of eight hours per deposition, unless extended by agreement of parties.

i. Reports from retained experts under Rule 26(a)(2) will be due from the Plaintiff by **June 4, 2007,** and from the Defendant by **July 2, 2007.**

j. Supplementation of the core disclosures under Rule 26(e) will be due 30 days after the date the party learns that the information previously provided is incomplete or incorrect and not later than 45 days prior to the discovery cut-off established by the parties, subject to good cause being shown.

k. Plaintiff's counsel will be provided with an authorization form which will allow the Defendants access to "protected health information" concerning the Plaintiff. Plaintiff's counsel agrees to have Plaintiff execute the authorization form within a reasonable time following its receipt. Plaintiff's counsel agrees that copies of Plaintiff's executed authorization form have the same weight and legal effect as the original. Defendants agree to provide Plaintiff's counsel with copies of each authorization form sent to a holder of protected health information at the time such form is sent to the provider.

4. **Other Items**.

a. Scheduling Conference: The parties do not request a scheduling conference with the court before entry of the scheduling order.

b. Additional Parties, Claims and Defenses: Plaintiff must join additional parties and amend the pleadings by **April 9, 2007**. The Defendant will have until **May 7, 2007**, to join additional parties or assert additional defenses.

c. Dispositive Motions: All potentially dispositive motions must be filed by **October 8, 2007.**

d. Settlement: The parties have determined that settlement and the possibility for mediation cannot be evaluated until discovery has begun.

e. Pretrial Conference: The parties request a final pretrial conference 30 days before trial.

f. Trial Evidence: The final list of witnesses and trial evidence under Rule 26(a)(3) should be due 30 days before trial. The parties should have 20 days after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

g. Trial Date: The case should be ready for trial by **February 4, 2008,** and is expected to last one day.

Dated: _____

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BEVERY P. BAKER WILL E-FILE THE FOREGOING REPORT OF PARTIES' PLANNING MEETING. SPECIFICALLY, THE ABOVE IS AGREED TO BY:

FOR PLAINTIFF:

/s/ Beverly P. Baker_____
Beverly P. Baker
Veronica L. Merritt
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL  35203-2118
Ph:  205-328-1900
Fax: 205-328-6000
E-mail:  beverly.baker@odnss.com
E-mail:  veronica.merritt@odnss.com

Attorneys for Defendant,
 ArvinMeritor Sejong, LLC.

FOR DEFENDANT:

/s/ Andy Nelms_____
Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama  36103
(334) 263-7733
(334) 832-4390
j-lewis@jawlewislaw.com

4705221.1