IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL RIVERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARVINMERITOR SEJONG, LLC, )<br>)<br>Defendant. )<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:07-cv-104-MHT |

## MOTION TO EXTEND DEFENDANT'S
## DEADLINE TO AMEND PLEADINGS

COMES NOW, ArvinMeritor Sejong, LLC, ("ARM") the Defendant, by and through counsel, and respectfully requests this court to extend Defendant's deadline to amend the pleadings and add parties by twenty-one (21) days, until May 28, 2007. In support thereof, Defendant states the following:

1. On April 4, 2007, this Court entered a Scheduling Order setting Defendant's deadline to amend the pleadings and to add parties for May 7, 2007. (Doc. 9)

2. Thereafter, counsel for Defendant was informed that an agreement of sale was entered resulting in a transfer of ownership of the entity that is named as the Defendant in this action.

3. In order to obtain the terms of the sales agreement, determine its effect on the entity named in this action, and to allow time to properly identify the entity that is subject to suit in this action, Defendant requests an extension of twenty-one (21) days, until May 28, 2007, in order to amend its pleadings accordingly.

4. No party will be prejudiced by the granting of this extension.

WHEREFORE premises considered, Defendant respectfully requests that this Court enter an order extending Defendant's deadline to amend pleadings until May 28, 2007.

                    s/ Veronica L. Merritt
                    Beverly P. Baker (ASB-3493-E58B)
                    Veronica L. Merritt (ASB-7830-N75M)
                    Ogletree, Deakins, Nash,
                      Smoak & Stewart, P.C.
                    One Federal Place, Suite 1000
                    1819 5th Avenue North
                    Birmingham, AL  35203-2118
                    Ph:  205-328-1900
                    Fax: 205-328-6000
                    E-mail:  beverly.baker@odnss.com
                    E-mail:  veronica.merritt@odnss.com

                    Attorneys for Defendant,
                      ArvinMeritor Sejong, LLC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama  36103
(334) 263-7733
(334) 832-4390
j-lewis@jawlewislaw.com


                                      s/ Veronica L. Merritt

4691390.1