UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL RIVERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07-cv-104-MHT |
| | * | |
| ARVINMERITOR SEJONG, LLC., | * | |
| | * | |
| Defendant. | * | |

**MOTION TO QUASH**

COMES NOW, the Plaintiff, Nathaniel Rivers, and moves to quash the deposition notice issued by the Defendant, and as grounds therefor, would show the following:

1. The Plaintiff resides in Lowndes County, Alabama.

2. The Defendant noticed the Plaintiff's deposition for September 26, 2007, beginning at 1:00 p.m. in Birmingham, Alabama, which is outside the Middle District and is more than 100 miles from where the Plaintiff resides. Moreover, the Defendant noticed said deposition without contacting counsel for the Plaintiff to see if any conflicts existed. (See attached Exhibit "A").

3. Counsel for the Plaintiff received said deposition notice on September 20, 2007. (See attached Exhibit "A").

4. Counsel for Plaintiff notified counsel for the Defendant on September 21, 2007, via correspondence that this date and location were not convenient for the Plaintiff or his attorney and asked for the deposition be re-scheduled for a mutually convenient time and in a central location. (See attached Exhibit "A").

5.	Counsel for Plaintiff again confirmed via correspondence which was faxed to counsel for Defendant September 26, 2007, that the deposition would not go forward as noticed and requested that the deposition be re-scheduled for a mutually convenient time and place. (See attached Exhibit "A").

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court enter an Order quashing said deposition notice.

RESPECTFULLY SUBMITTED on this the 26th day of September, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By:  Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing to counsel of record listed below via electronic mail an exact copy of the foregoing to the following on this the 26th day of September, 2007.

Veronica Merritt, Esq.

                                      /s/ K. Anderson Nelms
                                      K. Anderson Nelms
                                      **THE LAW OFFICES OF JAY LEWIS, LLC**
                                      By: Keith Anderson Nelms (ASB-6972-E63K)
                                      Attorney for Plaintiff
                                      847 S. McDonough Street
                                      Montgomery, AL 36104
                                      (334) 263-7733
                                      Fax: (334) 832-4390
                                      andynelms@jaylewislaw.com
                                      nelmsandy@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-104-MHT |
| ARVINMERITOR SEJONG, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF DEPOSITION TO PLAINTIFF**

TO:   Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama 36103

Please be informed that the Defendant, ArvinMeritor Sejong, LLC, notices the deposition of Plaintiff, Nathaniel Rivers, to be taken for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of Rule 26, et. seq. of the Federal Rules of Civil Procedure. Such testimony by deposition will begin at the date, time and place specified below, will be taken before a Notary Public or some other officer authorized by law to administer oaths, and will continue from day to day until completed:

Date:   September 26, 2006

Time:   1:00 p.m.

Place:  Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 Fifth Avenue North

RECEIVED SEP 2 0 2007



Birmingham, Alabama 35203

Respectfully submitted,

_____
Beverly P. Baker (ASB-3493-E58B)
Veronica L. Merritt (ASB-7830-N75M)
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118
Ph: 205-328-1900
Fax: 205-328-6000
E-mail: beverly.baker@odnss.com
E-mail: veronica.merritt@odnss.com

Attorneys for Defendant,
ArvinMeritor Sejong, LLC

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record via facsimile and U.S. First Class Mail, this 19th day of September, 2007:

Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733
(334) 832-4390
j-lewis@jawlewislaw.com

_____
OF COUNSEL

5208384.1

2

# Anderson Nelms & Associates, LLC

K. Anderson "Andy" Nelms
Attorney at Law
andynelms @jaylewislaw.com

847 S. McDonough St., 100
Montgomery, AL 36104

Office: (334) 263-7733
Fax: (334) 832-4390

---

September 21, 2007

Ogletree, Deakins, Nash, Soak, and Stewart
One Federal Place, Suite 1000
1819 Fifth Ave North
Birmingham, AL 35203

**RE: Nathaniel Rivers Deposition**

Dear Ms. Baker:

    I am in receipt of your notice of deposition, however if at all possible, I would prefer the deposition take place at a more central location to Mr. Rivers. I am requesting that we schedule the depositions in Montgomery, Alabama at a neutral location. Please call our office at your earliest convenience to see if these accommodations can be met. Thank you and we look forward to working with you.

Sincerely,

Andy Nelms

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

Telefax Number: (334) 832-4390

Telephone Number: (334) 263-7733

**Date:**            September 26, 2007

**From:**            Andy Nelms

**To:**              Veronica Merritt

**Office Number:**
**Telefax Number:**    (205) 328-6000

**Number of Pages:**   2

**Re:**   **Nathaniel Rivers v. Arvin Meritor Sejong**

**Message: Please see the attached.**

Confidentiality Notice:
This message is intended only for the use of the individual or entity to which it its addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering he message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of his communications prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Law Offices of Jay Lewis, LLC

Jay Lewis
Carol Gerard*
K. Anderson Nelms

P.O. Box 5059
Montgomery, AL 36103
Voice – 334-263-7733
Fax – 334-832-4390

* also licensed in Connecticut, Florida, and New York

September 26, 2007

**VIA FACSIMILE**
**(205) 328-6000**
Veronica L. Merritt, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place
1819 Fifth Avenue North
Suite 1000
Birmingham, Alabama 35203

    RE:    Rivers v. ArvinMeritor Sejong
              Case No.: 2:07-cv-104-MHT

Dear Veronica:

    Pursuant to your paralegal's conversation with my office yesterday regarding the Nathaniel Rivers' deposition scheduled for 1:00 p.m. today in your office, this is to confirm that it has been cancelled and will be re-scheduled at a mutually agreed upon time and place.

    Please do not hesitate to contact me should you have any comments or questions.

                              Sincerely,

                              Andy Nelms

AN/al

```
* * * Transmission Result Report (MemoryTX) ( Sep. 26. 2007  7:13AM ) * * *
                                                                    1)
                                                                    2)

Date/Time: Sep. 26. 2007  7:12AM

File                                                                          Page
No.  Mode            Destination                Pg(s)       Result            Not Sent
------------------------------------------------------------------------------------
8409 Memory TX       12053286000                P.  2       OK


       Reason for error
         E. 1) Hang up or line fail              E. 2) Busy
         E. 3) No answer                         E. 4) No facsimile connection
```

---

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

Telefax Number: (334) 832-4390

Telephone Number: (334) 263-7733

| | |
|---|---|
| Date: | September 26, 2007 |
| From: | Andy Nelms |
| To: | Veronica Merritt |

**Office Number:**
**Telefax Number:**    (205) 328-6000

**Number of Pages:**   2

Re:   **Nathaniel Rivers v. Arvin Meritor Sejong**

**Message: Please see the attached.**

Confidentiality Notice:
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering he message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of his communications prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.