IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL RIVERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-cv-104-MHT** |
| **ARVINMERITOR SEJONG, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DEFENDAN'T OPPOSITION TO PLAINTIFF'S MOTION TO QUASH

COMES NOW, ArvinMeritor Sejong, LLC, ("ARM") the Defendant, by and through counsel, and submits the following opposition to Plaintiff's Motion to Quash filed on September 26, 2007. In support thereof, Defendant states the following:

1. Defendant's motion seems to conveniently omit several facts and communications among the parties which led to the Plaintiff's ultimate failure to appear for his deposition as noticed today at 1:00 p.m.

2. For the past several months, Defendant has made repeated attempts to communicate with Plaintiff in order to facilitate discovery in this case, which will end on October 22, 2007.

3. The deadline for filing dispositive motions is set for October 8,

2007, and Plaintiff's deposition has not been taken.

4. On July 17, 2007, Defendant corresponded with the Plaintiff regarding overdue discovery responses which were due on or about July 9, 2007 (. (See Exhibit A). Plaintiff did not serve its responses to said discovery until September 12, 2007, following several phone conferences with Plaintiff's office. (See Exbihit B).

5. Please note that within this same communication, counsel for the Defendant specifically proposed three potential dates (September 24, 25, and 26th) for the plaintiff's deposition, including today's date. (See Exhibit B). Plaintiff 's representation to the Court that he was not contacted regarding deposition dates is clearly false.

6. After not receiving any response to the September 12th letter, or to any of the phone messages left by counsel, counsel for the Defendant contacted Plaintiff's counsel's office to inquire about setting the deposition. During this phone call, a representative for Plaintiff's counsel indicated counsel's availability on the stated dates, specifically noting that counsel would only be available the *afternoon* of September 26th. Accordingly, the deposition was noticed for 1:00 p.m., and notice was sent by fax and mail on September 19, 2007. (See Plaintiff's Ex. A).

7. The next communication from Plaintiff was by letter received on

2

Monday, September 24, 2007, (2 days before the deposition) stating that Birmingham was an inconvenient location for the Plaintiff, and indicating his preference that the deposition take place in Montgomery. (Exhibit C). When contacted on Monday by the defense to discuss these last minute requests, Plaintiff's counsel was unavailable and never returned the call.

8. On Tuesday, September 25, Defense counsel finally had a conversation with Plaintiff regarding the case. The parties discussed the possibility of settlement, but an agreement was not reached. Thereafter, Defendant faxed a letter to Plaintiff's counsel confirming that the deposition would go forward as noticed since settlement was not reached. (Exhibit D).

9. At no point was it determined or discussed that the deposition would be canceled, nor that the deposition would not go forward as noticed. (See attached letters Exhibit E).

10. Plaintiff did not appear today for the deposition, and Defendant is now facing a dispositive motion deadline in less than 2 weeks.

11. Defendant's motion is clearly without merit, and offers no acceptable explanation for Plaintiff's failure to appear for deposition. As such, Plaintiff's neglect should not be excused, and appropriate sanctions should be ordered for his failure to prosecute his claims, and failure to participate in discovery in this action.

WHEREFORE premises considered, Defendant respectfully requests that this Court deny Defendant's Motion to Quash, and in the alternative, compel Plaintiff to appear for deposition within the next **five days**.

Respectfully submitted,

s/ Veronica L. Merritt
Beverly P. Baker (ASB-3493-E58B)
Veronica L. Merritt (ASB-7830-N75M)
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL  35203-2118
Ph:  205-328-1900
Fax: 205-328-6000
E-mail:  beverly.baker@odnss.com
E-mail:  veronica.merritt@odnss.com

Attorneys for Defendant,
ArvinMeritor Sejong, LLC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2007, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andy Nelms, Esq.
Jay Lewis, Esq.
Law Offices of Jay Lewis
P. O. Box 5059
Montgomery, Alabama  36103
(334) 263-7733
(334) 832-4390

                                      s/ Veronica L. Merritt

4691390.1



OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118
Telephone: 205.328.1900
Facsimile:   205.328.6000
www.ogletreedeakins.com

**VERONICA L. MERRITT**
DIRECT DIAL:  (205) 714-4428
E-MAIL:  Veronica.Merritt@ogletreedeakins.com

July 17, 2007

*VIA U.S. MAIL*

Andy Nelms, Esq.
Law Offices of Jay Lewis
847 McDonough Street
Montgomery, Alabama  36104

     Re:   *Nathaniel Rivers v. ArvinMeritor Sejong, LLC*

Dear Mr. Nelms:

    Defendant's First Set of Interrogatories and Request for Production of Documents were served to you by fax and U.S. mail on June 7, 2007.  According to the scheduling order in this case, plaintiff's responses were due as of July 9.  As we have yet to receive any communication regarding these responses, we ask that you please remit plaintiff's responses by Thursday, July 26, 2007.

    If you have any questions, feel free to contact me.

               Very truly yours,

      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

              Veronica L. Merritt

VLM/jhd
Enclosure

EXHIBIT A

Atlanta, GA ▪ Austin, TX ▪ Birmingham, AL ▪ Charleston, SC ▪ Charlotte, NC ▪ Chicago, IL ▪ Cleveland, OH ▪ Columbia, SC ▪ Dallas, TX ▪ Greensboro, NC ▪ Greenville, SC ▪ Houston, TX ▪ Indianapolis, IN ▪ Kansas City, MO
Los Angeles, CA ▪ Miami, FL ▪ Morristown, NJ ▪ Nashville, TN ▪ Philadelphia, PA ▪ Phoenix, AZ ▪ Pittsburgh, PA ▪ Raleigh, NC ▪ St. Thomas, VI ▪ San Antonio, TX ▪ Tampa, FL ▪ Torrance, CA ▪ Tucson, AZ ▪ Washington, DC

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
*Attorneys at Law*
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203-2118
Telephone: 205.328.1900
Facsimile: 205.328.6000
www.ogletreedeakins.com

VERONICA L. MERRITT
DIRECT DIAL: (205) 714-4428
E-MAIL: Veronica.Merritt@ogletreedeakins.com

September 12, 2007

**VIA FACSIMILE & U.S. MAIL**

Andy Nelms, Esq.
Law Offices of Jay Lewis
847 McDonough Street
Montgomery, Alabama 36104

Re: *Nathaniel Rivers v. ArvinMeritor Sejong, LLC*

Dear Mr. Nelms,

This letter confirms that today I received a fax from your office which included Plaintiff's Answers to Defendant's First Set of Interrogatories and Requests for Production. Though we first received the responses today, I noticed that they were signed by you on July 12, 2007, and then signed by your client on July 31. The certificate of service is also dated July 12, but is not signed. Please let me know if you will be forwarding a revised version of the responses, reflecting the correct date of service.

In the interim, I would like to discuss scheduling Mr. Rivers for deposition as soon as possible. I am proposing September 24, 25, or 26 as potential dates. Additionally, I am requesting a copy of the "Employee Information Book" identified in RFP #8, as well as any medical bills as requested in RFP #5.

I look forward to hearing from you soon regarding the matters above.

Very truly yours,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Veronica L. Merritt

VLM/jhd

EXHIBIT B


ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118

Phone:  205-328-1900
Fax:    205-328-6000
www.ogletreedeakins.com

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | September 12, 2007 | **TOTAL PAGES:** | 2 (includes cover page) |
| **TO:** | Andy Nelms, Esq. | **FROM:** | Veronica L. Merritt |
| **COMPANY:** | Law Offices of Jay Lewis | **PHONE:** | 205-714-4428 (Direct) |
| **FAX:** | 334-832-4390 | **CLIENT/MATTER NO.:** | 000824-000081 |
| **PHONE:** | | **PHONE CODE:** | |

Original to follow in mail:    Yes ☒    No ☐

If problems arise with receipt of this transmission, please contact:    **Judi Dooley @ 205-714-4417**

**NOTES:**

---

Atlanta, GA • Austin, TX • Birmingham, AL • Charleston, SC • Charlotte, NC • Chicago, IL • Columbia, SC • Dallas TX
Greensboro, NC • Greenville, SC • Houston, TX • Indianapolis, IN • Kansas City, MO • Los Angeles, CA • Miami, FL
Morristown, NJ • Nashville, TN • Raleigh, NC • St. Thomas, VI • San Antonio, TX • Tampa, FL • Washington, DC

***CONFIDENTIALITY NOTICE:*** *This message and the documents accompanying this facsimile are legally privileged, confidential, and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please be advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If this communication has been received in error, please notify us by telephone immediately to arrange for the return of the original documents to us. Thank you.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3622
RECIPIENT ADDRESS       13348324390#2595
DESTINATION ID
ST. TIME                09/12 17:49
TIME USE                00'35
PAGES SENT              2
RESULT                  OK
```



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118

Phone:  205-328-1900
Fax:    205-328-6000
www.ogletreedeakins.com

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | September 12, 2007 | **TOTAL PAGES:** | 2 (includes cover page) |
| **TO:** | Andy Nelms, Esq. | **FROM:** | Veronica L. Merritt |
| **COMPANY:** | Law Offices of Jay Lewis | **PHONE:** | 205-714-4428 (Direct) |
| **FAX:** | 334-832-4390 | **CLIENT/MATTER NO.:** | 000824-000081 |
| **PHONE:** | | **PHONE CODE:** | |

Original to follow in mail:      Yes  ☒         No  ☐

If problems arise with receipt of this transmission, please contact:    Judi Dooley @ 205-714-4417

**NOTES:**

# Anderson Nelms & Associates, LLC

K. Anderson "Andy" Nelms
Attorney at Law
andynelms@jaylewislaw.com

847 S. McDonough St., 100
Montgomery, AL 36104

Office: (334) 263-7733
Fax: (334) 832-4390

---

September 21, 2007

Ogletree, Deakins, Nash, Soak, and Stewart
One Federal Place, Suite 1000
1819 Fifth Ave North
Birmingham, AL 35203

**RE: Nathaniel Rivers Deposition**

Dear Ms. Baker:

    I am in receipt of your notice of deposition, however if at all possible, I would prefer the deposition take place at a more central location to Mr. Rivers. I am requesting that we schedule the depositions in Montgomery, Alabama at a neutral location. Please call our office at your earliest convenience to see if these accommodations can be met. Thank you and we look forward to working with you.

Sincerely,

Andy Nelms

EXHIBIT C

SEP 24 2007

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203-2118
Telephone: 205.328.1900
Facsimile: 205.328.6000
www.ogletreedeakins.com

**VERONICA L. MERRITT**
DIRECT DIAL:  (205) 714-4428
E-MAIL:  Veronica.Merritt@ogletreedeakins.com

September 25, 2007

## CONFIDENTIAL SETTLEMENT COMMUNICATION

<u>**VIA FACSIMILE & U.S. MAIL**</u>

Andy Nelms, Esq.
Law Offices of Jay Lewis
847 McDonough Street
Montgomery, Alabama  36104

   Re: *Nathaniel Rivers v. ArvinMeritor Sejong, LLC*

Dear Mr. Nelms,

  Thank you for speaking with me earlier today regarding this matter. I have communicated with my client regarding your demand of $12,000 to resolve this case. At this time, Sejong has decided to decline this offer and have determined that a counteroffer would not be feasible.

  As such, we will be going forward with Plaintiff's deposition on tomorrow as noticed. If you have any additional questions or concerns, feel free to contact me.

Very truly yours,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Veronica L. Merritt*

Veronica L. Merritt

VLM/knh

**EXHIBIT D**

```
            *********************
            ***  TX REPORT   ***
            *********************

TRANSMISSION OK

TX/RX NO                    3699
RECIPIENT ADDRESS           13348324390#4903
DESTINATION ID
ST. TIME                    09/25 17:08
TIME USE                    00'30
PAGES SENT                  2
RESULT                      OK
```



OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118

Phone: 205-328-1900
Fax:   205-328-6000
www.ogletreedeakins.com

## FACSIMILE TRANSMITTAL

| DATE: | 9/25/07 | TOTAL PAGES: | 2 (includes cover page) |
|---|---|---|---|
| TO: | Andy Nelms, Esq. | FROM: | Veronica Merritt |
| COMPANY: | Law Office of Jay Lewis | PHONE: | |
| FAX: | 334-832-4390 | CLIENT/MATTER NO.: | 000824-000081 |
| PHONE: | | PHONE CODE: | |

Original to follow in mail:    Yes ☒    No ☐

If problems arise with receipt of this transmission, please contact:    Kimberly at 205.986.1014

NOTES:

**Re: Nathaniel Rivers v. ArvinMeritor Sejong, LLC**

# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203-2118
Telephone: 205.328.1900
Facsimile: 205.328.6000
www.ogletreedeakins.com

VERONICA L. MERRITT
DIRECT DIAL: (205) 714-4428
E-MAIL: Veronica.Merritt@ogletreedeakins.com

September 26, 2007

**VIA FACSIMILE & U.S. MAIL**

Andy Nelms, Esq.
Law Offices of Jay Lewis
847 McDonough Street
Montgomery, Alabama 36104

    Re:   *Nathaniel Rivers v. ArvinMeritor Sejong, LLC*

Dear Andy,

    I am in receipt of your letter dated today, suggesting that a "paralegal" in my office represented that today's deposition was canceled and would be rescheduled. For clarification, the deposition scheduled for today **has not been canceled** nor has there been any discussion about canceling the deposition absent the resolution of this case.

    If your letter is notice that Mr. Rivers will not be appearing for his deposition as noticed for today at 1:00, please contact my office immediately to confirm same, so that any associated costs can be timely avoided.

Very truly yours,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Veronica L. Merritt

VLM/knh



EXHIBIT E

```
          ********************
          ***  TX REPORT   ***
          ********************

      TRANSMISSION OK

      TX/RX NO                3703
      RECIPIENT ADDRESS       13348324390#6357
      DESTINATION ID
      ST. TIME                09/26 10:29
      TIME USE                00'31
      PAGES SENT              2
      RESULT                  OK
```



**Ogletree Deakins**
ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118

Phone:  205-328-1900
Fax:    205-328-6000
www.ogletreedeakins.com

## FACSIMILE TRANSMITTAL

| DATE: | 9/26/07 | TOTAL PAGES: | 2 (includes cover page) |
|---|---|---|---|
| TO: | Andy Nelms, Esq. | FROM: | Veronica Merritt, Esq. |
| COMPANY: | Law Office of Jay Lewis | PHONE: | |
| FAX: | 334.832.4390 | CLIENT/MATTER NO.: | 000824-000081 |
| PHONE: | | PHONE CODE: | |

Original to follow in mail:    Yes ☒    No ☐

If problems arise with receipt of this transmission, please contact:    Kimberly at 205.986.1014

NOTES:

**Re: Nathaniel Rivers v. ArvinMeritor Sejong, LLC**



OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203-2118

Phone:  205-328-1900
Fax:      205-328-6000
www.ogletreedeakins.com

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| DATE: | 9/26/07 | TOTAL PAGES: | 2 (includes cover page) |
| TO: | Andy Nelms, Esq. | FROM: | Veronica Merritt, Esq. |
| COMPANY: | Law Office of Jay Lewis | PHONE: | |
| FAX: | 334.832.4390 | CLIENT/MATTER NO.: | 000824-000081 |
| PHONE: | | PHONE CODE: | |

Original to follow in mail:     Yes  ☒     No  ☐

If problems arise with receipt of this transmission, please contact:     **Kimberly at 205.986.1014**

NOTES:

**Re: Nathaniel Rivers v. ArvinMeritor Sejong, LLC**

---

Atlanta • Austin • Birmingham • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Greensboro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Los Angeles • Memphis • Miami • Morristown • Nashville • Philadelphia • Phoenix • Pittsburgh
Raleigh • St. Thomas • San Antonio • Tampa • Torrance • Tucson • Washington

***CONFIDENTIALITY NOTICE:*** *This message and the documents accompanying this facsimile are legally privileged, confidential, and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please be advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If this communication has been received in error, please notify us by telephone immediately to arrange for the return of the original documents to us. Thank you.*