IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL RIVERS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CASE NO. 2:07-cv-104-MHT |
| ARVINMERITOR SEJONG, LLC | ) |
| | ) |
|    Defendant. | ) |

### ORDER

Pending before the Court is Plaintiff's *Motion to Quash* (Doc. 12, filed September 26, 2007) and *Defendan't [sic] Opposition to Plaintiff's Motion to Quash* (Doc. 13, filed September 26, 2007). After a review of the Motion and response, it is for good cause

**ORDERED** Plaintiff's *Motion to Quash* (Doc. 12) is **DENIED**. Plaintiff did not file his motion to quash until 1 ½ hours prior to the deposition at issue and had already informed opposing counsel he would not attend. The Court was unable to timely rule on the merits of the motion due to the untimely filing. Plaintiff's counsel was aware of the scheduling concern at least a five (5) days prior to the deposition at issue. As such, Plaintiff's counsel should have either resolved the issue with defense counsel or, *at the very least*, filed the Motion to Quash *at least* forty-eight (48) hours in advance of the scheduled deposition.

Defendant must be given the opportunity to conduct the deposition prior to the discovery deadline.[1] It is further **ORDERED** since Plaintiff failed to attend the deposition

---

[1] Defendant notes in its response to the Motion to Quash, the dispositive motions deadline is approaching in less than two weeks; however, a review of the scheduling order reveals the dispositive motion deadline is currently set for November 22, 2007. *See* Doc. 9,

on September 26, 2007 and did not provide the Court or defense counsel adequate time to address the motion to quash, the deposition shall be taken at Defense counsel's office in Birmingham, Alabama or other location chosen by defense counsel.

DONE this 27th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

Scheduling Order at §§ 1-2 (dispositive motions shall be filed no later than 90 days prior to the pretrial hearing and the pretrial hearing is currently set for February 20, 2008). The discovery deadline is set for October 22, 2007. *See* Doc. 9 at § 7.