UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL RIVERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:07-cv-104-MHT |
| | * | |
| ARVINMERITOR SEJONG, LLC., | * | |
| | * | |
| Defendant. | * | |

**STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff to this matter stipulating to dismissal, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party will bear its own costs.

Defendant joins in signing this stipulation and e-files same with Plaintiff's permission.

RESPECTFULLY SUBMITTED this the 8th day of October, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
(ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com

/s/ Veronica L. Merritt
Veronica L. Merritt
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Veronica.merritt@odnss.com